HENRY M. BLACK, Appellant, *v.* MUTUAL LIFE INSURANCE COMPANY, Respondent.

*Black* v. *Mutual Life Ins. Co.*, 117 App. Div. 449, affirmed.
(Argued April 9, 1908; decided April 24, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1907, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury in an action to recover upon certain policies of life insurance.

*Alfred G. Reeves* for appellant.

*James McKeen* and *Frederick L. Allen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ..